Argued and submitted July 27, affirmed as modified August 24, reconsideration denied October 14, petition for review denied November 15, 1983 (296 Or 56)

In the Matter of the Marriage of

MANCE,
*Respondent - Cross-Appellant,*

*and*

MANCE,
*Appellant - Cross-Respondent.*

(81-8-005; CA A26004)

667 P2d 1051

Paul J. Lipscomb, Salem, argued the cause for appellant - cross-respondent. With him on the briefs was Blair, Mac-Donald, Jensen & Lipscomb, Salem.

Arthur B. Knauss, Milwaukie, argued the cause for respondent - cross-appellant. With him on the brief was Redman, Carskadon, Knauss & Kelley, Milwaukie.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

This is a dissolution of marriage case in which wife appeals those portions of the trial court's decree which concern spousal support, child support, the property division and attorney fees. Husband cross-appeals with respect to the property division and attorney fees. We affirm all aspects of the decree save for that concerning spousal support; we agree with wife that her permanent spousal support should be increased. Accordingly, the first sentence of paragraph 9 of the decree is amended to read:

"9.  Petitioner shall pay to Respondent for spousal support the sum of $500 per month for a period of six years from the date of this decree and thereafter the sum of $400 per month until further order of the court or until she dies."

Affirmed as modified. Costs to appellant on appeal and cross-respondent on cross-appeal.